# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:06-cr-234-PMP-GWF |
| JONATHAN TOLIVER, | ) | |
| Defendant. | ) | **ORDER** |

The court granted defendant Jonathan Toliver's "Motion for Appointment of Counsel" (#627) on February 7, 2012, and ordered counsel appointed. Therefore;

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel for all proceedings regarding the defendant's "Motion Pursuant to 28 U.S.C. §2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody" (#626).

Dated this _8th day of February, 2012.

Nunc Pro Tunc Date: February 8, 2012

_____
PHILIP M. PRO
United States District Judge