# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-cr-00234-PMP-GWF |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| DONNIE BRYANT, | |
| Defendant. | |

Having read and considered Defendant Bryant's fully briefed Motion to Expedite (Doc. #640) and good cause appearing,

**IT IS ORDERED** that Defendant Bryant's Motion to Expedite Re-Sentencing (Doc. #640) is **DENIED** as moot.

**IT IS FURTHER ORDERED**, however, that Defendant Bryant's Motion for Leave to File for Relief Pursuant to 28 U.S.C. § 2255 (Doc. #649) is **GRANTED** and that Defendant Donnie Bryant shall have to and including **January 18, 2013** within which to file a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.

DATED: November 21, 2012.

_____
PHILIP M. PRO
United States District Judge